

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2019

No. 04-19-00530-CV

Gwendolyn Yvonne **MUHAMMAD,**
Appellant

v.

**TITLEMAX,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV07019
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellant's brief was due on September 5, 2019, but has not been filed. On September 10, 2019, appellant filed a "Motion to Request More Time to Respond to Court of Appeals," which we construe as a motion for an extension of time for appellant to file her brief. In her motion, appellant requests an extension of one week. We GRANT appellant's motion as construed and extend the deadline for appellant to file her brief to September 17, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court